# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| AL COHEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-17-2484 |
| | § | |
| ALLSTATE INSURANCE COMPANY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons set forth in the accompanying memorandum and opinion, Allstate Insurance Company's and Rachael Ray's motions for summary judgment, (Docket Entries No. 17, 18), are granted. This case is dismissed, with prejudice.

SIGNED on March 2, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge